# The Alabama Court of Civil Appeals



SETH P. RHODEBECK
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

June 27, 2025

CL-2024-0748

Ex parte City of Birmingham PETITION FOR WRIT OF CERTIORARI (In re: Stephon Green v. Jefferson County Personnel Board) (Jefferson Circuit Court: CV-23-903660).

## <u>NOTICE</u>

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Moore, P.J., and Edwards, Hanson, and Fridy, JJ., concur.

Seth P. Rhodebeck, Clerk